```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07600
   DEMETRIUS E MCCOLLUM SR
   COTANIA EDNA MCCOLLUM                    CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-1348    SSN XXX-XX-4021

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/26/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG            .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE        4257.01            .00            .00
SELECT PORTFOLIO SERVICI CURRENT MORTG            .00            .00            .00
IL DEPT OF HEALTHCARE &  DSO ARREARS       NOT FILED            .00            .00
WENDY SMITH              NOTICE ONLY       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY             1000.00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00            .00
ALLIED INTERSTATE        UNSECURED         NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED            2103.13            .00            .00
CHASE RECIEVABLES        UNSECURED         NOT FILED            .00            .00
COMCAST                  UNSECURED         NOT FILED            .00            .00
DIVERSIFIED CREDIT SERVI UNSECURED         NOT FILED            .00            .00
HARRIS                   UNSECURED         NOT FILED            .00            .00
HARRIS                   UNSECURED         NOT FILED            .00            .00
IC SYSTEMS               UNSECURED         NOT FILED            .00            .00
MRSI                     UNSECURED         NOT FILED            .00            .00
RJM AQUISITIONS FUNDING  UNSECURED              82.80            .00            .00
RMI/MCSI                 UNSECURED             300.00            .00            .00
SKO BRENNER AMERICAN INC UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED            3520.83            .00            .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT         104.00            .00         104.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         2,500.00                        677.11
TOM VAUGHN               TRUSTEE                                              53.41
DEBTOR REFUND            REFUND                                              323.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,157.52

PRIORITY                                     104.00
SECURED                                         .00
UNSECURED                                       .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07600 DEMETRIUS E MCCOLLUM SR & COTANIA EDNA MCCOLLUM
```

```
ADMINISTRATIVE                                                      677.11
TRUSTEE COMPENSATION                                                 53.41
DEBTOR REFUND                                                       323.00
                                        ---------------     ---------------
TOTALS                                         1,157.52            1,157.52
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 12/05/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE



                            PAGE   2
      CASE NO. 07 B 07600 DEMETRIUS E MCCOLLUM SR & COTANIA EDNA MCCOLLUM